[No. 26563.  *En Banc.*  January 25, 1938.]

J. H. COLLINS, *Respondent,* v. THE TOWN OF BUCODA *et al.,*
*Appellants.*[1]

H. E. *Grimm,* for appellants.

*Delos Spaulding* and *E. W. Anderson,* for respondent.

*Geo. O. Beardsley, Hobart S. Dawson, Jesse Epstein, Warren J.
Gilbert, John A. Homer, J. H. Immel, Lester T. Parker, Chas. L.
Powell, A. C. Van Soelen,* and *H. D. Walker, amici curiae.*

### ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the
court adheres to the Departmental opinion heretofore filed herein,
and reported in 191 Wash. 242, 70 P. (2d) 1062.

STEINERT, C. J., BEALS, and MILLARD, JJ., dissent.

GERAGHTY, J. (dissenting)—While I signed the Departmental
opinion, I have since reached the conclusion that the opinion
was wrong. I now wish to enter a dissent.

[1]Reported in 75 P. (2d) 1167.